**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JENNIFER ANN CRUMBLE | ) | Case No. 21−30027−KLP |
| | ) | Chapter 13 |
| Debtor | ) | |

**CERTIFICATE OF SERVICE**

I certify that on January 20, 2021 I transmitted a true copy of the Motion to Extend Automatic Stay previously filed herein (Docket No. 16), electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest of the mailing matrix attached hereto.

JENNIFER ANN CRUMBLE
By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

```
Aaron's
7252 W. Broad St
Henrico, VA 23294


Acceptance Now
Attn: Acceptancenow Customer Service / B
5501 Headquarters Dr
Plano, TX 75024


Allstate Insurance Company
P.O. Box 12055
Roanoke, VA 24018


AT& T Mobility
PO Box 6463
Carol Stream, IL 60197


AT&T Wireless
P.O. Box 536216
Atlanta, GA 30353


Belden Jewelers/Sterling Jewel
Attn: Bankruptcy
P.O. Box 1799
Akron, OH 44309


Bon Secours
P.O. Box 28538
Henrico, VA 23228


Bon Secours
P.O. Box 11302
Richmond, VA 23230


Buckley King LPA
600 Superior Ave. East
Suite 400
Cleveland, OH 44144


Caine & Weiner
Attn: Bankruptcy
Po Box 5010
Woodland Hills, CA 91365
```

```
Capital One
P O Box 30285
Salt Lake City, UT 84130


Central Furniture Company
3807 Mechanicsville Turnpike
Richmond, VA 23223


Chesterfield County DPU
P.O. Box 26725
Richmond, VA 23261


City of Richmond Utilities
PO Box 26060
Richmond, VA 23274


City of Richmond-Treasurer
900 E. Broad St.
Room 100
Richmond, VA 23219


Comcast
ATTN BANKRUPTCY
PO BOX 3006
Southeastern, PA 19398-3006


Continental Finance
PO Box 105125
Atlanta, GA 30348


Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193


Crumley Roberts, Attorney
2400 Freeman Mill Road
Suite 200
Greensboro, NC 27406


Darnell F. Branch
c/o Elizabeth E. West, Esquire
4020 West Broad Street
Richmond, VA 23230
```

```
Dominion Power
P. O. Box 26543
Richmond, VA 23290


Elephant Auto Insurance
PO Box 5005
Glen Allen, VA 23058


FedLoan Servicing
Attn: Bankruptcy
Po Box 69184
Harrisburg, PA 17106


FedLoan Servicing
Pob 60610
Harrisburg, PA 17106


Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303


First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117


GEICO
One Geico Plaza
Washington, DC 20076


Grain Credit Card
P.O. Box 6812
Carol Stream, IL 60197


Henrico County of Dept of Tax
P.O. Box 90775
Henrico, VA 23273


Henrico County of Dept of Util
P.O. Box 90775
Henrico, VA 23273
```

```
Higher Education Student Assistance Auth
Hesaa Servicing/Attn: Bankruptcy
Po Box 548
Trenton, NJ 08625


Jefferson Capital Systems
P O Box 772813
Chicago, IL 60677


Kay Jewelers
P.O. Box 740425
Cincinnati, OH 45274


Klarna Inc.
629 N. High Street, Suite 300
Columbus, OH 43215


Latisha Logan
136 Drybridge Court
Sandston, VA 23150


Liberty Mutual
PO Box 970
Mishawaka, IN 46546


LVNV Funding, LLC
P.O. Box 10587
Greenville, SC 29603


MCV Physicians
1601 Willow Lawn Dr., Ste 275
Richmond, VA 23230-3422


Memorial Regional Medical
8260 Atlee Rd.
Mechanicsville, VA 23116


Mission Lane, LLC.
PO Box 4517
Carol Stream, IL 60197


Navient
PO Box 9500
Wilkes Barre, PA 18773
```

```
Nelnet
Nelnet Claims
P.O. Box 82505
Lincoln, NE 68501


Ortho Virginia
PO Box 35725
Richmond, VA 23235


Pivot Physical Therapy
PO Box 69030
Baltimore, MD 21264


PRA Receivables
PO Box 12914
Norfolk, VA 23541


Progressive Advanced Insurance
PO Box 55126
Boston, MA 02205


Radiology Assoc. of Richmond
P.O. Box 79923
Petersburg, VA 23805-9263


Receivables Performance Manag.
20818 44th Ave. W.
Suite 140
Lynnwood, WA 98036


Reflex Card
P.O. Box 3220
Buffalo, NY 14240


Rent in Richmond
410 N. Ridge Rd.
Henrico, VA 23229


Rent-A-Center
3099 Mechanicsville Turnpike
Richmond, VA 23223


Rent-A-Center
3814 Mechanicsville Turnpike
Richmond, VA 23223
```

Self Lender
Attn: Bankruptcy Dept.
515 Congress Ave., Ste. 2200
Austin, TX 78701


Sprint Bankruptcy
PO Box 7949
Overland Park, KS 66207


State Farm Insurance Company
1500 State Farm Boulevard
Charlottesville, VA 22909


Sterling Jewelers, Inc.
Attn: Bankruptcy
Po Box 1799
Akron, OH 44309


T-Mobile
P.O. Box 660252
Dallas, TX 75266


TACS
P O Box 31800
Henrico, VA 23294


Taft Services
1300 Sunset Lane
Suite 3230
Culpeper, VA 22701


Title Max
7807 W. Broad St.
Henrico, VA 23294


Verizon
500 Technology Dr Ste 550
Weldon Springs, MO 63304


Verizon Wireless
P.O. Box 761
Bedminster, NJ 07921

```
Virginia Dept. of Taxation
P O Box 2156
Richmond, VA 23218
```