I have a public record from your court appearing on my credit report. Ive disputed the item with the credit bureaus; Experian, Equifax and Transunion., All of which confirmed that the public record was verified by you. Please provide the procedure in which you verify records with the credit bureaus.





Jenifer Crumble
135 Drybridge Ct
Sandston VA 23150

RICHMOND VA 230
4 SEP 2021 PM 5 L

BK Court Eastern VA
701 E Broad St Ste 400
Richmond VA 23219

US MARSHAL